1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRUCE COUTURIER, et al.,                    )    Case Nos.    2:12-cv-01104-KJD-NJK
                                            )                 2:12-cv-01106-KJD-NJK
                    Plaintiff(s),           )                 2:12-cv-01107-KJD-NJK
                                            )                 2:12-cv-01108-KJD-NJK
vs.                                         )                 2:12-cv-01110-KJD-NJK
                                            )                 2:12-cv-01111-KJD-NJK
AMERICAN INVSCO CORP., et al.,              )
                                            )    ORDER SETTING HEARING
                    Defendant(s).           )
_____ )

    Pending before the Court are Plaintiffs' motions to extend discovery.  In some cases, the

Court has also received partial joinders.  The Court hereby **ORDERS** any additional joinders or

responses to be filed no later than March 29, 2013.  The Court further **ORDERS** that these motions

be set for hearing on April 4, 2013 at 10:30 a.m. in Courtroom 3B.

    IT IS SO ORDERED.

    DATED: March 27, 2013


                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge