1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12

| | |
|---|---|
| MARY HELDT, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:12-cv-01107-APG-NJK |
| ) | |
| vs. ) | ORDER DENYING |
| ) | MOTION TO COMPEL |
| AMERICAN INVSCO CORPORATION, et al., ) | (Docket No. 60) |
| ) | |
| Defendant(s). ) | |
| ) | |

13      Pending before the Court is Plaintiffs' motion to compel.  Docket No. 60.  In light of the stay

14 entered by District Judge Gordon, Docket No. 64, that motion is hereby DENIED without prejudice.

15 Once the stay is lifted, Plaintiffs may renew that motion.  The Court notes that there has been an

16 attempt to meet and confer on the motion, but the Court continues to believe that a full, "personal

17 consultation" regarding the specifics of the motion could resolve or narrow the issues.  Accordingly,

18 before the pending motion is renewed, counsel are required to have a meaningful, personal

19 consultation regarding the specific issues in the motion.[1]  To the extent counsel are unable to

20 schedule a time to meaningfully confer, Plaintiffs' counsel shall notify the Court and it will order a

21 time for the counsel to do so.

22      IT IS SO ORDERED.

23      DATED: May 17, 2013

24      _____
NANCY J. KOPPE
25      United States Magistrate Judge

26
27
28

---

[1] That consultation must go beyond the exchange of emails and letters, and must include an in-person or telephonic meeting of counsel.