# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE COUTURIER, et al., | Case Nos. | 2:12-cv-01104-APG-NJK |
| | | 2:12-cv-01106-APG-NJK |
| Plaintiff(s), | | 2:12-cv-01107-APG-NJK |
| | | 2:12-cv-01108-APG-NJK |
| vs. | | 2:12-cv-01110-APG-NJK |
| | | 2:12-cv-01111-APG-NJK |
| AMERICAN INVSCO CORP., et al., | | |
| | ORDER | |
| Defendant(s). | | |

Pending before the Court is a motion to withdraw as counsel filed by local counsel for Koval Flamingo on October 8, 2015. For good cause shown, the motion to withdraw is hereby GRANTED. The Court hereby ORDERS Koval Flamingo to retain new local counsel no later than October 23, 2015. The Court reminds Koval Flamingo that it is required to have local counsel to proceed in these cases. *See, e.g.*, Local Rule IA 10-2(d).

IT IS SO ORDERED.

DATED: October 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge