# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mary and Victor Heldt
Snap Properties, LLC

     Plaintiffs,

 v.

Nicholas Gouletas, et al

     Defendants.

Attorney Fees
JUDGMENT IN A CIVIL CASE

Case Number: 2:12-cv-01107-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding attorney's fees for Plaintiffs Mary and Victor Heldt and SNAP Properties, LLC in the amount of $217,999.57.

December 6, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ Justin Matott
Deputy Clerk